107 A.3d 737

**Darien HOUSER, Petitioner**

v.

**COMMONWEALTH of Pennsylvania et al., Respondents.**

**No. 166 EM 2014.**

Supreme Court of Pennsylvania.

Dec. 30, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of December, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for an Immediate Hearing are **DENIED.**